

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-25-00490-CV

### IN THE INTEREST OF M.J.M and J.A.M., Children

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2024-PA-01486
Honorable Raul Perales, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE BRISSETTE, AND JUSTICE MCCRAY

In accordance with this court's memorandum opinion of this date, the trial court's termination order is AFFIRMED, and appointed counsel's motion to withdraw is DENIED. We ORDER that no costs be assessed against appellant in relation to this appeal because appellant is presumed indigent under Texas Family Code section 107.013(e).

SIGNED January 7, 2026.

_____
Rebeca C. Martinez, Chief Justice